ADA MARMUR, Respondent, v. ABE N. ADELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES LEAHY v. 247–255 WEST 38TH STREET REALTY CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before February 4, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Defendants, Impleaded with FREDERICK C. SQUIER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Defendants, Impleaded with FREDERICK C. SQUIER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. LEON LUKS, Defendant, and ANNIE LUKS, Appellant. ANNIE LUKS, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE CITY OF NEW YORK, Respondent, v. PATRICK J. DUFFY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SHAKUN, Appellant.*— Judgment affirmed. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SOPHIE MUNZ and JOHN MUNZ, Respondents, v. UNITED CIGAR STORES COMPANY OF AMERICA, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of defendant's negligence is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. McMANUS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PETER ESPOSITO, Appellant, v. UNITED STORES REALTY CORPORATION, KENTON HATS, INC., and THE CITY OF NEW YORK, Respondents.— Judgment reversed and a new trial ordered as to the defendants Kenton Hats, Inc., and the City of New York, with costs to the appellant to abide the event, upon the ground that there was proof sufficient to go to the jury on the question of negligence of said defendants. As to the defendant United Stores Realty Corporation, judgment affirmed, with costs against the appellant. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY HOPKINS, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANDREW BROSE AND SON, INC., Respondent, v. MARIANNINA PALAZZOLO and Another, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

* Revd., 251 N. Y. 107.